McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN SPECIALTY HEALTH INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPECIALTY HEALTHCARE, INC., ET AL.,<br><br>Defendants. | Case No. 1:17-cv-01203-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF AMERICAN SPECIALTY HEALTH INCORPORATED'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS AMERICAN SPECIALTY HEALTCARE, INC., ET AL. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(Doc. 10)<br><br>Date: November 1, 2017<br>Time: 9:30 a.m.<br>Ctrm: 7, 6th Floor<br>Judge: Hon. Magistrate Judge Sheila K. Oberto |

Plaintiff American Specialty Health Incorporated ("Plaintiff") filed its complaint on September 6, 2017. (Doc. 1.) Defendants American Specialty Healthcare, Inc., American College LLC, Gurpreet Singh, and Gia Smith (collectively, "Defendants") were served on September 12, 2017. (Docs. 5–8.) Defendants' responsive pleadings were therefore due twenty-one (21) days after service, or October 3, 2017. Fed. R. Civ. P. 12(a)(1)(A)(i). That same day, Plaintiff filed its "Unopposed Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Complaint" (the "Motion"). (Doc. 9.)

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby admonished that any future requests for extensions of time shall be brought in advance of the required filing date. However, given that Plaintiff consents to a 30-day extension of time for Defendants to respond to the complaint (as evidenced by the fact that *Plaintiff* is the movant), the Court GRANTS the Motion. Accordingly, Defendants have up to and including November 2, 2017, to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: **October 5, 2017**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE