McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN SPECIALTY HEALTH INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPECIALTY HEALTHCARE, INC., ET AL.,<br><br>Defendants. | Case No. 1:17-cv-01203-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(Doc. 12)<br><br>Judge: Hon. Magistrate Judge Sheila K. Oberto |

ORDER

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

The Court, having considered Plaintiff American Specialty Health Incorporated's ("Plaintiff") second Unopposed Motion for Extension of Time for American Specialty Healthcare, Inc., American College LLC, Gurpreet Singh, and Gia Smith (collectively, "Defendants") to Answer or Otherwise Respond to Complaint, and good cause having been shown, GRANTS Plaintiff's Motion.

**IT IS HEREBY ORDERED** that:

Defendants shall have twenty-eight (28) additional days to respond to Plaintiff's Complaint. The new deadline by which Defendants must respond to Plaintiff's Complaint is November 30, 2017.

IT IS SO ORDERED.

Dated: __**November 2, 2017**__          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE