UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN SPECIALTY HEALTH INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPECIALTY HEALTHCARE, INC., ET AL.,<br><br>Defendants. | Case No. 1:17-cv-01203-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(Doc. 17)<br><br>Judge:   Hon. Magistrate Judge Sheila K. Oberto |

ORDER

Before the Court is Plaintiff American Specialty Health Incorporated ("Plaintiff")'s third Unopposed Motion for Extension of Time for American Specialty Healthcare, Inc., American College LLC, Gurpreet Singh, and Gia Smith (collectively, "Defendants") to Answer or Otherwise Respond to Complaint. Plaintiff indicates that the parties are currently engaged in settlement discussions and that a further twenty-eight (28) day extension for Defendants to answer or otherwise respond to the complaint will facilitate those discussions. For good cause shown, the Court GRANTS Plaintiff's Motion.

**IT IS HEREBY ORDERED** that:

Defendants have twenty-eight (28) additional days to respond to Plaintiff's Complaint. The new deadline by which Defendants must respond to Plaintiff's Complaint is December 28, 2017.

IT IS SO ORDERED.

Dated: __**November 29, 2017**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE