UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN SPECIALTY HEALTH INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPECIALTY HEALTHCARE, INC., *et al.*,<br><br>Defendants. | Case No. 1:17-CV-01203 DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S SECOND CONSENT REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL CIVIL RULE 160(b)**<br><br>(Doc. 25) |

This matter having come before the Court on Plaintiff American Specialty Health Incorporated's second Consent Request for Extension of Time to File Dispositional Documents Pursuant to Local Civil Rule 160(b) (Doc. 25), the Court having considered Plaintiff's Request and the record herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the deadline for filing dispositional documents is extended until October 1, 2018, in anticipation of Defendants' satisfaction of the conditions set forth in the parties' settlement agreement.

IT IS SO ORDERED.

Dated: __**August 2, 2018**__          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE