UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN SPECIALTY HEALTH INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPECIALTY HEALTHCARE, INC., *et al.*,<br><br>Defendants. | Case No. 1:17-CV-01203 DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S THIRD CONSENT REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL CIVIL RULE 160(b)**<br><br>(Doc. 29) |

This matter having come before the Court on Plaintiff American Specialty Health Incorporated's third Consent Request for Extension of Time to File Dispositional Documents Pursuant to Local Civil Rule 160(b) (Doc. 29), the Court having considered Plaintiff's Request and the record herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the deadline for filing dispositional documents is extended until April 24, 2019, in order to afford Defendants additional time to ascertain the status of certain name changes, including with the California Department of Public Health and Medicare.

IT IS SO ORDERED.

Dated: __**April 18, 2019**__          /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE