UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN SPECIALTY HEALTH INCORPORATED,<br><br>   Plaintiff,<br><br>   v.<br><br>AMERICAN SPECIALTY HEALTHCARE, INC., *et al.*,<br><br>   Defendants. | Case No. 1:17-CV-01203 DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 31) |

On April 24, 2019, Plaintiff filed a "Notice of Voluntary Dismissal with Prejudice," in which Plaintiff notifies the Court of the dismissal of the entire action with prejudice. (Doc. 31.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **April 25, 2019**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE